# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,                    )
                                         )
                        Plaintiff,       )          Case No. 2:07-cv-01088-JCM-GWF
                                         )
vs.                                      )          **ORDER**
                                         )
DWIGHT NEVEN, *et al.*,                  )          Motion for Status Conference (#115)
                                         )
                        Defendants.      )
_____)

     This matter is before the Court on Plaintiff Christopher Jones' Motion for Emergency Telephonic Discovery Conference (#115), filed February 9, 2011.  Upon review and consideration ,the Court finds good cause to schedule the parties to appear at a status conference.  Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification (#115) is **granted** to the extent that Plaintiff requests a status conference.  The parties shall appear for a status conference on **Wednesday, March 2, 2011** at **2:00 p.m.** in LV Courtroom 3A before the undersigned magistrate judge.

     **IT IS FURTHER ORDERED** that the Attorney General shall make arrangements for Plaintiff to be available telephonically for this hearing and shall contact the Courtroom Deputy at (702) 464-5418 two (2) days prior to this hearing to advise the Court of the telephone number where the plaintiff may be reached the day of the hearing.  The plaintiff shall be available (10) minutes prior to the hearing so the Courtroom Deputy may initiate the conference call.

     DATED this 14th day of February, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**