# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

                Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

                Defendants.

Case No. 2:07-cv-01088-JCM-GWF

**ORDER**

Motion for Order (#114)

      This matter is before the Court on Plaintiff Christopher A. Jones' Motion for Order (#114), filed February 9, 2011. Plaintiff requests that the Court order the Clerk of the Court to attach supplemental exhibits (#93) to the Amended Complaint (#14). Upon review and consideration,

      **IT IS HEREBY ORDERED** that Plaintiff Christopher A. Jones' Motion for Order (#114) is **granted**. The Clerk of the Court shall attach the supplemental exhibits (#93) to the amended complaint (#14) and file the amended complaint and exhibits as one document in the record.

      DATED this 4th day of March, 2011.

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**