**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| SHERINE GRAY, | ) | 2:09-cv-00218-ECR-GWF |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES WILLIS, HARRAH'S | ) | |
| IMPERIAL PALACE CORP., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Plaintiff filed a proposed Pretrial Order (#42) on February 21, 2011. The proposed Pretrial Order was not joined in by Defendants, but it was circulated to Defendants prior to the filing date. Defendants shall have 14 days within which to join in the proposed Pretrial Order or indicate Defendants' objections, if any, to the proposed Pretrial Order filed by Plaintiff.

Dated this 11th day of March 2011.

_____
EDWARD C. REED
Senior United States District Judge