# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:07-cv-01088-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DWIGHT NEVEN, *et al.*, ) | Motion to Clarify (#149) |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Steven MacArthur's Motion to Clarify Order Granting Motion for Enlargement of Time (#149), filed April 25, 2011.

On April 18, 2011, the Court entered an order granting Defendant MacArthur's Motion to Extend (#141) and extending the time in which Defendant would be required to respond to Plaintiff's Complaint. (#145). Defendant states that the motion to extend (#141) included inconsistencies, requesting an extension of time to respond to Plaintiff's motion to show cause (#136) in one part of the motion and an extension of time to respond to Plaintiff's Complaint in another section. (*See* #141). In the present motion, Defendant clarifies that MacArthur's prior motion (#141) was seeking an extension of time to respond to Plaintiff's motion to show cause (#136). (#149).

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendant MacArthur requests a 45 day extension of time to respond to Plaintiff's Motion for Order to Show Cause (#136) due to personnel issues in the Attorney General's Office. The Court finds Defendant has shown good cause for an extension. Accordingly,

. . .

. . .

. . .

1     **IT IS HEREBY ORDERED** that Defendant Steven MacArthur's Motion to Clarify Order
2 Granting Motion for Enlargement of Time (#149) is **granted**. Defendants will have until **May 30, 2011**
3 to respond to Plaintiff's Motion to Show Cause (#136).
4     DATED this 27th day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**