# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES, )
                         Plaintiff, )    Case No. 2:07-cv-01088-JCM-GWF

vs. )    **ORDER**

DWIGHT NEVEN, *et al.*, )
                         Defendants. )

       This matter is before the Court on Plaintiff's Motion for Enlargement of Time (#183), filed June 29, 2011.

       Plaintiff requests an additional seven (7) days to file the Statement of Additional Discovery Requested due by July 1, 2011. The extension is necessary because the prison law library is currently closed and will not reopen until July 1, 2011. This affects Plaintiff's ability to adequately prepare and file the Statement of Additional Discovery. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (#183) is **granted**. Plaintiff shall have until Friday, July 15, 2011 to file the Statement of Additional Discovery.

       DATED this 7th day of July, 2011.

                                                                  **GEORGE FOLEY, JR.**
                                                                   **United States Magistrate Judge**