# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　) Case No. 2:07-cv-01088-JCM-GWF
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　) **ORDER**
　　　　　　　　　　　　　　　　　　　　)
DWIGHT NEVEN, *et al.*,　　　　　　　　) Motion to File a Late Reply to
　　　　　　　　　　　　　　　　　　　　) Defendant's Response to Plaintiff's
　　　　　　　　Defendants.　　　　　　　) Statement of Additional Discovery (#204)
_____)

This matter comes before the Court on Plaintiff's Motion to File a Late Reply to Defendant's Response to Plaintiff's Statement of Additional Discovery, and Reply (#204), filed on August 19, 2011, and Defendant's Limited Opposition to Motion to File a late Reply (#206), filed on August 22, 2011. The Plaintiff requests leave of Court to file a Reply to Defendant's Response to Plaintiff's Statement of Additional Discovery. Although the Defendant disagrees with the content of the attached Reply, Defendants do not oppose the Court granting Plaintiff leave to file his Reply. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to File a Late Reply to Defendant's Response to Plaintiff's Statement of Additional Discovery, and Reply (#204) is **granted**. Plaintiff shall have up to and including **August 29, 2011**, to file his Reply to Defendant's Response to Plaintiff's Statement of Additional Discovery. Although the Plaintiff's Rely is included in the body of his Motion to File a Late Response, Plaintiff must separately submit his Reply to the Court for filing with the proper caption.

**DATED** this 24th day of August 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**