# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,  )
                                Plaintiff,  )   Case No. 2:07-cv-01088-JCM-GWF

vs.  )   **ORDER**

DWIGHT NEVEN, *et al.*,  )   Motion to File a Late Reply and
                                      Motion for Order (#210)
                          Defendants.  )   Motion to Strike (#212)

       This matter comes before the Court on Plaintiff's Motion to Exceed Page Limit and Motion for Order (#210), and Plaintiff's Motion to Strike (#212), filed on August 30, 2011. Plaintiff requests the Court grant him leave to exceed the page limit in his reply brief in support of his Motion for Sanctions (#189) and Motion to Determine the Sufficiency of the Answers (#188). Plaintiff further requests the Court order Deputy Attorney General Palmer to appear in court and testify in connection with his Motion for Sanctions (#188). On August 30, 2011, the Court entered an Order (#209) denying Defendant's Motion for Sanctions (#188) and granting in part, denying in part Plaintiff's Motion to Determine the Sufficiency of the Answers (#189). The Plaintiff's requests are therefore moot as the Court has already disposed of motions at issue.

       Plaintiff further requests the Court strike Exhibit B attached to Defendant's Response to Motion for Sanctions (#202). Plaintiff claims this document was untimely filed in response to the Court's Order (#147) and therefore should be stricken. On April 20, 2011, the Court ordered Defendant Neven to respond to Plaintiff's request for production (#147). This order did not require Defendant Neven to file his response with the Court, but rather ordered Defendant Neven to provide the requested information to Plaintiff. Despite Plaintiff's contentions, Exhibit B was not filed in response to the

Court's Order (#147).  Rather, it was attached as an exhibit in support of the Defendants' Response to Plaintiff's Motion for Sanctions.  Therefore, the document is not untimely, and the Court will not strike it from the record.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exceed Page Limit and Motion for Order (#210) is **denied** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (#212) is **denied**.

**DATED** this 2nd day of September 2011.

_____
**GEORGE FOLEY, JR.
United States Magistrate Judge**