# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>                Defendants. | Case No. 2:07-cv-01088-JCM-GWF<br><br>**ORDER**<br><br>Motion for Order (#227) |

This matter comes before the Court on Plaintiff's Motion for Order (#227) filed on October 20, 2011 and Defendants' Limited Opposition to Motion for Order (#228), filed on October 31, 2011. Plaintiff requests the Court set a new deadline for filing dispositive motions in light of the prolonged discovery litigation in this case. Defendants do not oppose Plaintiff's request, but ask that the Court wait to set a definite deadline until after Plaintiff's Partial Objections to the Magistrate Judge's Order (#224) is ruled upon. On October 31, 2011, the Court entered an Order (#229) denying Plaintiff's Partial Objections to the Magistrate Judge's Order. The Court will therefore grant Plaintiff's request and set a dispositive motion deadline in this case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order (#227) is **granted**. Dispositive motions shall be due no later than **Friday, December 9, 2011.**

DATED this 2nd day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge