# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-01088-JCM-GWF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | Motion for Exhibit Stickers (#234) |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion for Exhibit Stickers (#234), filed on November 29, 2011, and Defendants' Opposition to Plaintiff's Motion for Exhibit Stickers (#235), filed on December 2, 2011. Plaintiff requests that he be provided with 100 exhibit stickers in order to properly label exhibits in support of his Rule 56 motion. Defendants oppose the motion, explaining to the Court that the requested exhibit stickers are in violation of prison regulations. Defendants however state that they have contacted the prison and received approval to send Plaintiff half clear and half white exhibit tabs. In light of Defendants' representations that they have already forwarded the exhibit tabs to Plaintiff, the Court denies Plaintiff's motion as moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Exhibit Stickers (#234) is **denied** as moot.

DATED this 5th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge