# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | |
| Plaintiff, | Case No. 2:07-cv-01088-JCM-GWF |
| vs. | **ORDER** |
| DWIGHT NEVEN, *et al.*, | Motion for Enlargement of Time (#240) |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Enlargement of Time (#240), filed on December 12, 2011. Plaintiff is requesting an extension of time until December 20, 2011 to file his Rule 56 motion. Plaintiff claims that his motion is ready to be mailed, but because he changed housing units, he has been unable to access the law library to make copies and mail his motion to the Court. In light of the above, the Court will grant Plaintiff's requested extension. Plaintiff shall have until December 20, 2011 to file his dispositive motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (#240) is **granted**. Plaintiff shall have until **December 20, 2011** to file any dispositive motions.

DATED this 13th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge