# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>        Defendant. | 2:07-CV-1088 JCM (GWF)<br><br>Date:     N/A<br>Time:    N/A |

## ORDER

Presently before the court is *pro se* plaintiff Christopher A. Jones' motion for order. (Doc. #251). Defendants James Cox, et. al. filed a non-opposition. (Doc. #253). Plaintiff did not file a reply.

Plaintiff's motion seeks an order from the court directing the clerk to include an exhibit, attached to the motion, as exhibit 29 in his motion for summary judgment. (Doc. #251). Plaintiff asserts that he inadvertently omitted this exhibit.

In their non-opposition, defendants assert that they "consider this motion an errata and have no objection to the proposed correction to [p]laintiff's motion." (Doc. #253).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Christopher A. Jones' motion for order (doc. #251) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the clerk shall detach the exhibit from plaintiff's motion
2  (doc. #251) and enter it separately as exhibit 29 to the plaintiff's motion for summary judgment,
3  which was filed on December 16, 2011.  (Doc. #244).
4  DATED February 24, 2012.

_____
**UNITED STATES DISTRICT JUDGE**