# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | 2:07-CV-1088 JCM (GWF) |
| Plaintiff, | |
| v. | Date:     N/A<br>Time:    N/A |
| DWIGHT NEVEN, et al., | |
| Defendant. | |

**ORDER**

Presently before the court is plaintiff Christopher A. Jones' motion to extend time to reply to motion to strike. (Doc. #269). Defendants Dwight Neven, et. al. filed a non-opposition. (Doc. #270).

Plaintiff asserts that he never received a copy of defendants' response to his motion to strike. (Doc. #269). Therefore, plaintiff requests an additional 10 days to reply. (Doc. #269). Defendants state that they do not oppose plaintiff's motion for extension of time, and propose a reply deadline of March 26, 2012. (Doc. #270). Further, defendants have attached a copy of their response to the motion to strike to ensure plaintiff receives a copy of the opposition. (Doc. #270).

Good cause appearing, and there being no opposition,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Christopher A.
2 Jones' motion to extend time to reply to motion to strike (doc. #269) be, and the same hereby is,
3 GRANTED.  Plaintiff shall have up to and including March 26, 2012, to file a reply.
4    DATED March 19, 2012.

*James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -