## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>        Defendant. | 2:07-CV-1088 JCM (GWF)<br><br>Date:       N/A<br>Time:      N/A |

### ORDER

Presently before the court is *pro se* plaintiff Christopher A. Jones' motion to exceed the page limit. (Doc. #281). Also before the court is plaintiff's motion for order seeking direction upon how to proceed and/or for enlargement of time. (Doc. #278). Defendants Greg Cox, et. al. filed an opposition. (Doc. #279).

Plaintiff filed a reply brief in support of his motion for summary judgment. (Doc. #282). This reply brief is 42-pages long, not including attached exhibits. (Doc. #282). However, as a state prisoner, plaintiff is not allowed to use a typewriter, and the reply brief is handwritten. Further, plaintiff included a table of authorities and a table of contents, which take up 9 pages of the reply brief. The court finds good cause to grant plaintiff's motion to exceed the page limit.

Plaintiff's motion for order asserts that plaintiff is not able to file an opposition to the motion for summary judgment because defendants' motion for summary judgment cites to document #175-1,

**James C. Mahan**
**U.S. District Judge**

1  and there is no document #175-1.  (Doc. #278).  In response, defendants note that "[d]ockets #175-1
2  and #175-2 are identical and appear to have at some point been relabeled."  (Doc. #279).  Defendants
3  attached a copy of docket #175-1 to their response to plaintiff's motion for order.  (Doc. #279, Ex.
4  1).  After defendants filed their opposition attaching a copy of docket #175-1, plaintiff filed an
5  opposition to defendant's motion for summary judgment on April 25, 2012.  (Doc. #280).
6      Accordingly,
7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Christopher
8  A. Jones' motion to exceed the page limit (doc. #281) be, and the same hereby is, GRANTED.
9      IT IS FURTHER ORDERED that plaintiff's motion for order (doc. #278) be, and the same
10 hereby is, DENIED as moot.
11     DATED April 27, 2012.

                                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**