UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>         Plaintiff,<br><br>  v.<br><br>DWIGHT NEVEN, et. al.,<br><br>         Defendants. | Case No. 3:18-cv-00033-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 352 |

Before the court is Plaintiff's Motion for Enlargement of Time. (ECF No. 352.)

On April 5, 2018, Plaintiff filed a motion seeking an order allowing him to produce Lorraine M. Memory, aka Lorraine M. Wilkin to testify at trial telephonically. (ECF No. 348.) Defendants filed their response on April 19, 2018. The court set a hearing on the motion for Wednesday, May 16, 2018, at 1:30 p.m. (ECF No. 351.)

On April 26, 2018, Plaintiff filed his motion for enlargement of time to file his reply. (ECF No. 352.) He asks for an extension, up to May 14, 2018, to file his reply.

Plaintiff's motion is **GRANTED IN PART**. Plaintiff shall have up to and including **Friday, May 11, 2018** to file and serve his reply brief, to give the Defendants, as well as the court ample time to consider the reply brief in advance of the May 16, 2018 hearing.


**IT IS SO ORDERED.**

DATED: April 27, 2018.

_William G. Cobb_
_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE