1  ADAM PAUL LAXALT
     Attorney General
2  IAN E. CARR, Bar No. 13840
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  (775) 684-1259 (phone)
   E-mail: icarr@ag.nv.gov
6
   *Attorneys for Defendant*
7  *Steven MacArthur*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 3:18-cv-00033-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DWIGHT NEVEN, *et al.*, | |
| Defendants. | |

Plaintiff, Christopher A. Jones, appearing *pro se*, and Defendant Steven MacArthur, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///

|   |   |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court |
| 2 | settlement between the parties. Pursuant to the terms of the Settlement Agreement and |
| 3 | Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

\* \* \*

DATED this 5TH day of SEPT, 2018.        DATED this 10TH day of SEPTEMBER, 2018.

                                          ADAM PAUL LAXALT
                                          Attorney General

By: _____       By: _____
    CHRISTOPHER A. JONES #50600                IAN CARR
    *Plaintiff, Pro Se*                        Deputy Attorney General
                                               Bureau of Litigation
                                               Public Safety Division
                                               *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 10th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of September, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

CHRISTOPHER A. JONES #50600
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTION CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_/s/ Connie R. Lane_
An employee of the
Office of the Attorney General

3